Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
Email:  rszyba@seyfarth.com

*Counsel for Defendant*
*EQUIFAX INFORMATION SERVICES LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA STEPHENSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No.: 1:22-cv-00024-KMW-MJS<br><br>**NOTICE OF APPEARANCE OF ROBERT T. SZYBA** |

PLEASE TAKE NOTICE that Robert T. Szyba, Esq. of the law firm Seyfarth Shaw LLP hereby enters his appearance as counsel for Defendant Equifax Information Services LLC in the above-captioned action.  I certify that I am admitted to practice law in this court.

Dated: February 3, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Robert T. Szyba*
     Robert T. Szyba
     *Counsel for Defendant*
     *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 3, 2022, a true and correct copy of the NOTICE OF APPEARANCE OF ROBERT T. SZYBA has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Robert T. Szyba*
Robert T. Szyba
*Counsel for Defendant*
*Equifax Information Services LLC*