Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rszyba@seyfath.com
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA STEPHENSON,<br><br>   Plaintiff,<br><br> v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendant. | Case No.: 1:22-cv-00024-KMW-MJS<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE** |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Equifax Information Services, LLC submit the following Corporate Disclosure Statement:

Equifax Information Services, LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is the sole parent of Equifax Information Services LLC.  No other entity owns 10% or more of Equifax Information Services LLC's stock.

DATED:  February 3, 2022     Respectfully submitted,

                By: */s/ Robert T. Szyba*
                  Robert T. Szyba, Esq.
                  *Counsel for Defendant*
                  *Equifax Information Services LLC*

79186924v.1

## **CERTIFICATE OF SERVICE**

      This is to certify that on February 3, 2022, a true and correct copy of the DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 

*/s/ Robert T. Szyba*
Robert T. Szyba
*Counsel to Defendant*
*EQUIFAX INFORMATION SERVICES LLC*

79186924v.1