AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RETURN OF SERVICE |
| EFFECTED (1) BY ME: | JANE NUNN |
| TITLE: | PROCESS SERVER |
| | DATE: 1/13/2022 1:42:42 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

EQUIFAX INFORMATION SERVICES, LLC C/O CORPORATION SERVICE COMPANY

Place where served:

PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES EWING BLVD SUITE 160  EWING  NJ  08638

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNIE MYERS

Relationship to defendant  **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BALD   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____         SERVICES $ _____ . _____         TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
JANE NUNN

DATE: 01/13/2022         _____0A0031EA236247C_____  L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    BRIAN L. BROMBERG, ESQ
PLAINTIFF:    DANA STEPHENSON,
DEFENDANT: EQUIFAX INFORMATION SERVICES, LLC,
VENUE:       DISTRICT
DOCKET:      1 22 CV 00024 KMW MJS
COMMENT: