UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

DANA STEPHENSON,

                                  Plaintiff,          No. 22-CV-24 (KMW/MJS)

   -against-

EQUIFAX INFORMATION SERVICES, LLC,

                                  Defendant.

---

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Dana Stephenson ("Plaintiff"), by counsel, and Defendant Equifax Information Services, LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 19, 2022                                 Dated: December 16, 2022

| | |
|---|---|
| */s/ Brian L. Bromberg* | *s/ Robert T. Szyba* |
| Brian L. Bromberg | Robert T. Szyba |
| Bromberg Law Office, P.C. | Seyfarth Shaw LLP |
| 352 Rutland Road #1 | 620 Eighth Ave, 32nd Floor |
| Brooklyn, NY 11225 | New York, NY 10018 |
| Telephone: (212) 248-7906 | Telephone: (212) 218-5500 |
| E-Mail: brian@bomberglawoffice.com | Email: rszyba@seyfarth.com |
| | |
| *Counsel for Dana Stephenson* | *Counsel for Equifax Information Services, LLC* |

SO ORDERED:

12/20/2022

KAREN M. WILLIAMS
United States District Judge